ALFRED P. BOLLER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Boller* v. *City of New York*, 124 App. Div. 920, affirmed.
(Argued February 11, 1909; decided March 2, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 26, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract for services.

*L. Laflin Kellogg* and *Franklin Nevius* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Not voting: WILLARD BARTLETT, J.